# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TOGAIL TECHNOLOGIES LTD., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00039-JRG |
| TCL TECHNOLOGY GROUP CORP., TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD, TCT MOBILE WORLDWIDE, LTD., TCT MOBILE INTERNATIONAL, LTD., TCL ELECTRONICS HOLDINGS LTD., TCL COMMUNICATION LTD., | § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Dismissal With Prejudice (the "Notice") filed by Plaintiff Togail Technologies Ltd. ("Plaintiff"). (Dkt. No. 7.) In the Notice, Plaintiff represents that the above-captioned case has been resolved and requests dismissal of the above-captioned action with prejudice.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

## So Ordered this

**Apr 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE